IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS JONES, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 18-491 |
| SHERIFF JEWELL WILLIAMS, et al. | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 25th day of February, 2019, upon consideration of **(a)** the Motion to Dismiss by Defendants Jewell Williams and the City of Philadelphia (Doc. No. 17) and Plaintiff's Response (Doc. No. 22), and **(b)** the Motion to Dismiss by Defendant Deborah McGee (Doc. No. 18) and Plaintiff's Response (Doc. No. 23), it is hereby **ORDERED** that:

1. The Motion by Defendants Williams and the City of Philadelphia is **DENIED**.

2. The Motion by Defendant McGee is **GRANTED** and all claims against Defendant McGee are **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff shall have **thirty days (30)** from the date of this Order if he wishes to file a second amended complaint curing the deficiencies identified in the accompanying memorandum. Failure to file a second amended complaint in this time period will result in dismissal of his claims against Defendant McGee with prejudice.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**